

Menter, Rudin & Trivelpiece, P.C.
Counselors At Law

A. Solomon Menter
1910-1978

Peter L. Hubbard

J. Scott Finlay

Antonio E. Caruso

Jeffrey A. Dove

F. Paul Vellano, Jr.

Mitchell J. Katz

Kevin M. Newman

Addison F. Vars III

Marcy Robinson Dembs★

James H. McGowan

Thomas J. Fucillo

Robert F. Silkey

Vic J. Kopnitsky, Jr.

Joseph W. Russell

Julian B. Modesti

Robert G. Bennett

Josephine Yang-Patyi

John P. Sidd

James C. Thoman

Jennifer K. Frank

Celia E. Kenny

Trisha L. Kirsch

Teresa M. Bennett

Michael J. Balestra

Anthony A. Marrone II

★also admitted
in Florida

April 5, 2010

Honorable George H. Lowe
United States Magistrate Judge
United States Federal Court
Northern District of New York
Syracuse, New York 13261

Re:　　　　　　　Grab v. Syracuse Executive Air Service, Inc., et al.
Civil Case No.:　　5:09-cv-1300 (GTS/GHL)

Dear Judge Lowe:

This firm represents the Defendant, Syracuse Executive Air Service, Inc. in the above referenced matter. This letter is written to request a two week extension of time to submit the parties' ADR Stipulation. The reason for the request is that presently it is unclear whether Defendant, Honeywell will remain in the case. While counsel for Plaintiff and this Defendant have conferred and agreed on acceptable candidates, no input has been received from Honeywell. We believe that two weeks should give the parties enough time to resolve all relevant issues and file the Stipulation with the Court.

It is therefore respectfully requested that the time for the parties to file their ADR Stipulation be extended to **April 19, 2010**. If this date is acceptable to the Court, we respectfully request that you "So Order" this document below and return the executed version to us for filing.

We are available to answer any questions the Court may have concerning this request. Thank you for your consideration.

Respectfully,
MENTER, RUDIN & TRIVELPIECE, P.C.

Robert G. Bennett
RBennett@menterlaw.com

cc: All Counsel via ECF

So Ordered: _____
Hon. George H. Lowe
United States Magistrate Judge